RONALD P. OINES (SBN 145016)
roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

RANDOLPH C. FOSTER (OSB 784340)
rcfoster@stoel.com
(*pro hac vice*)
STEVEN E. KLEIN (OSB 051165)
seklein@stoel.com
(*pro hac vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: 503-224-3380
Facsimile: 503-220-2480

EDWARD C. DUCKERS (SBN# 242113)
ecduckers@stoel.com
STOEL RIVES LLP
555 Montgomery St #1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

Attorneys for Plaintiff
JIPC Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIPC MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INCREDIBLE PIZZA CO., INC.;<br>INCREDIBLE PIZZA FRANCHISE<br>GROUP, LLC; CJM RACING, LLC.,<br><br>Defendant. | Case No. CV08-4310 MMM (PLAx)<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>**Hon. Margaret M. Morrow** |

1     Attached as Exhibit A is the parties' Amended Joint Exhibit List.

DATED: July 2, 2009

STOEL RIVES LLP

By:/s/Steven E. Klein
    RANDOLPH C. FOSTER
    EDWARD C. DUCKERS
    STEVEN E. KLEIN

RUTAN & TUCKER, LLP
    RONALD P. OINES

Attorneys for Plaintiff
JIPC Management, Inc.

---

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

AMENDED JOINT EXHIBIT LIST    -1-    CV08-4310 MMM (PLAX)

Portlnd3-1673417.1 0061355-00004