# Exhibit 1

**Lori Stowe**

**From:** Tabitha Monson [tabithamonson@sbcglobal.net]
**Sent:** Thursday, October 14, 2004 5:01 PM
**To:** info
**Subject:** franchise

I am intrested in either starting and managing a pizza place in the Los Angles county area. I am a bussiness/accounting student currently at Oral Roberts Univerisity in Tulsa, Oklahoma. My family and I are planning to move back to the San Fernando Valley in December. I will contuine my degree at Devry online. Please send us any information on your company that will help us .
Thanks
Tabitha Monson
5457 E 71st Street #146
Tulsa, OK 74136
918-491-2013

JIPC0106

10/25/2004

-----Original Message-----
**From:** Melissa DonCarlos [mailto:missydongtp2002@yahoo.com]
**Sent:** Tuesday, March 01, 2005 8:07 AM
**To:** Ana Robles
**Subject:** RE: Comments / Information Request from Website

Well we have an Incredible Pizza in Tulsa, OK where I'm from so when I was looking for information I went to google and typed in Incredible Pizza and found your website!
Thank You,
Melissa

*Ana Robles <arobles@johnspizza.com>* wrote:

Dear Melissa:

Thank you for your recent inquiry and we hope that this information helps with your group project! Our locations range in size from 16,000 - 58,000 square feet. For each location we employ anywhere from 3 - 6 managers, and approximately 75 - 200 hourly employees. There are several expenses that are involved in running a business such as rent, utilities, repair and maintenance, supplies, marketing, food, labor, and many more. Food and labor typically constitute the biggest costs, which in most restaurants eat up about 65% of the revenue.

John's Incredible Pizza Company is very loyal and committed to supporting the community! We support hundreds of events, groups, organizations and activities throughout the communities in which we operate. We regularly give donations, host fundraisers, and we give tens of thousands of coupons to reward academic achievement and athletic participation.

We really hope that this information helps!!! Please let me know if I can help with anything else. Just out of curiosity, where or how did you hear of us? Have you been to one of our locations?

Thank you again and we hope to hear back from you. Have an incredible day!

Sincerely,

Ana Robles
John's Incredible Pizza Company

From: Brittany [mailto:SexyBabyForever89@yahoo.com]
Sent: Sunday, April 02, 2006 7:34 PM
To: Comments-From-Web-Site@JohnsPizza.com
Subject: Comments / Information Request from Website

Below is the result of your feedback form. It was submitted by
Brittany (SexyBabyForever89@yahoo.com) on Sunday, April 2, 2006 at 19:33:46
-----------------------------------------------------------------

confirmemail: SexyBabyForever89@yahoo.com

comments: I just have to know if Johns Incredible Pizza Has any Link to Incredible Pizza in Tulsa Ok, Sugerland, Waracres, 1950s, or Siloam Springs just wondering Sincerly, A paying customer

location: Select

submit: Submit

-----------------------------------------------------------------

From: Tom & Chiquita [mailto:thomas.henderson1@cox.net]
Sent: Saturday, August 27, 2005 7:24 PM
To: John Parlet
Subject: Re: Please help

The only thing I can tell you is I did a search on INCREDIBLE PIZZA and received John's IP. There are two Incredible Pizza locations in Oklahoma. I was aware of the locations and was confused when I was told there was not an IP in Oklahoma. I am certain we would enjoy your locations if and when we are out west.

> ----- Original Message -----
>
> From: John Parlet <mailto:jparlet@johnspizza.com>
>
> To: thomas.henderson1@cox.net
>
> Sent: Friday, August 26, 2005 12:11 PM

1

JIPC0680

**REDACTED**

-----Original Message-----
From: Ray Rakubian [mailto:spacemonqui@yahoo.com]
Sent: Sun 5/11/2008 4:51 PM
To: Comments-From-Web-Site@JohnsPizza.com
Cc:
Subject: Comments/Information Request from Website

Name: Ray Rakubian
Email: spacemonqui@yahoo.com

Comments: Are you relatedt o this chain?;
http://www.incrediblepizza.com/

do you send out the monthly e-coupons?

Location: Bakersfield