Lawrence P. Ebiner (State Bar No. 122293)
larry.ebiner@hro.com
Blaine J. Benard (UT State Bar No. 005661) (Admitted *pro hac vice*)
blaine.benard@hro.com
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Glenn S. Bacal (AZ State Bar No. 006812) (Admitted *pro hac vice*)
glenn.bacal@hro.com
Steven C. Lawrence (AZ State Bar No. 022551) (Admitted *pro hac vice*)
steve.lawrence@hro.com
HOLME ROBERTS & OWEN LLP
Promenade Corporate Center
16427 North Scottsdale Road, Suite 300
Scottsdale, AZ 85254-1597
Telephone: (480) 624-4500
Facsimile: (480) 624-4599

*Attorneys for Incredible Pizza Co., Inc.; and Incredible Pizza Franchise Group, LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIPC Management, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Incredible Pizza Co., Inc.; Incredible Pizza Franchise Group, LLC;<br><br>Defendants. | Case No. CV08-04310 MMM (PLAx)<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 4**<br><br>**Pretrial Conference**<br>**Date: July 13, 2009**<br>**Time: 9:00 a.m.**<br>**Courtroom: Roybal 780**<br>**Judge: Hon. Margaret R. Morrow** |

1
**DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 4**

In its Opposition, Plaintiff acknowledges that *Plaintiff's counsel* will not refer at trial to Plaintiff's claimed trademarks as the "Incredible Marks." However, Defendants' Motion seeks to preclude not just counsel but also Plaintiff and its witnesses from referring to these marks as the "Incredible Marks." Because Plaintiff fails to offer any legitimate reasons why it should be permitted to refer to its marks as "Incredible Marks," and because Plaintiff's Opposition deals solely with references by counsel, not witnesses, the Motion in Limine should be granted.

Dated: July 6, 2009     HOLME ROBERTS & OWEN LLP

By: *s/Steven C. Lawrence*
Lawrence P. Ebiner
Blaine J. Benard
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Glenn S. Bacal
Steven C. Lawrence
Promenade Corporate Center
16427 North Scottsdale Road, Suite 300
Scottsdale, AZ 85254-1597
Telephone: (480) 624-4500
Facsimile: (480) 624-4599

Attorneys for Incredible Pizza Co., Inc. and Incredible Pizza Franchise Group, LLC

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **1013 A(3) CCP REVISED 5/1/88** |
| 3 | STATE OF ARIZONA, COUNTY OF MARICOPA |

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is 16427 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

On July 6, 2009, I served the foregoing document described as **DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 4** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Scottsdale, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list.

Executed on July 6, 2009, at Scottsdale, Arizona.

**X** (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jamie Tuccio

3
**DEFENDANTS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 4**

# SERVICE LIST

| | |
|---|---|
| **VIA EMAIL**<br>Ronald Oines, Esq.<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-1931<br>roines@rutan.com<br>Telephone: (714) 641-5100<br>Facsimile: (714) 546-9035 | *Attorneys for JIPC MANAGEMENT, INC.* |
| **VIA EMAIL**<br>Randolph C. Foster, Esq.<br>Steven E. Klein, Esq.<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204<br>rcfoster@stoel.com<br>seklein@stoel.com<br>Telephone: (503) 224-3380<br>Facsimile: (503) 220-2480 | *Attorneys for JIPC MANAGEMENT, INC.* |