# Exhibit 1



**Sponsors Report®**

2008 NASCAR Nationwide Series
Volume 22, No. 1

Published by Joyce Julius and Associates, Inc.
www.joycejulius.com
Series Coordinator: Ben J. Hanneman

NASCAR

# Camping World 300 Presented by Chevrolet

| | |
|---|---|
| Venue: | Daytona International Speedway |
| City/State: | Daytona Beach, FL |
| Date: | February 16, 2008 |
| Attendance: | 105,000 (Estimated) |
| Winner: | Tony Stewart |
| | |
| Network: | ESPN2 - Live (2.5 Hours) |
| CP:30: | ESPN2 - $42,000 (Combined, 2 Shows) |
| 2 Air Dates: | 2/16 (1:30 PM EST), 2/17 (2:30 AM) |

REDACTED

## Top 25 AS&E Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

## Top 25 Team Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

REDACTED

# CONFIDENTIAL

## Top AS&E Sponsors

| | Exp. Time | CP:30 Value |
|---|---|---|

## Top Team Sponsors

| | Exp. Time | CP:30 Value |
|---|---|---|

REDACTED

### Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the network's cost per :30 commercial rate (combined $42,000 for this Report). Values may vary $100 per source due to rounding.

Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

### Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900, Fax: (734) 971-2059
www.joycejulius.com.

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2008 Joyce Julius and Associates, Inc.

# CONFIDENTIAL



Sponsors Report®

Published by Joyce Julius and Associates, Inc.
www.joycejulius.com
Series Coordinator: Ben J. Hanneman

2008 NASCAR Nationwide Series
Volume 22, No. 16

NASCAR

## Meijer 300 Presented by Oreo

| | |
|---|---|
| Venue: | Kentucky Speedway |
| City/State: | Sparta, KY |
| Date: | June 14, 2008 |
| Attendance: | 73,195 (Estimated) |
| Winner: | Joey Logano |
| | |
| Network: | ESPN2 - Live (3 Hours)/ESPN2 - TD |
| CP:30: | ESPN2 - $42,000 (Combined) |
| 2 Airings: | ESPN2 - 6/14 (8:30 PM EDT, 1:30 AM) |

REDACTED

## Top 25 AS&E Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

## Top 25 Team Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

REDACTED

# CONFIDENTIAL

## Top AS&E Sponsors

Exp. Time    CP:30 Value

## Top Team Sponsors

Exp. Time    CP:30 Value

REDACTED

### Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the network's cost per :30 commercial rate. Values may vary $100 per source due to rounding.

Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

### Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900, Fax: (734) 971-2059
www.JoyceJulius.com

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2008 Joyce Julius and Associates, Inc.



# CONFIDENTIAL

Sponsors Report®

2009 NASCAR Nationwide Series
Volume 23, No. 10

Published by Joyce Julius and Associates, Inc.
www.joycejulius.com
Series Coordinator:  Ben J. Hanneman

NASCAR

# Diamond Hill Plywood 200

| | |
|---|---|
| Venue: | Darlington Raceway |
| City/State: | Darlington, SC |
| Date: | May 8, 2009 |
| Attendance: | 25,000 (Estimated) |
| Winner: | Matt Kenseth |
| Networks: | ESPN2 - Live (2.5 Hours)/ |
| | ESPN2 - TD (2 Hours) |
| CP:30: | ESPN2 - $42,000 (Combined, 2 Shows) |
| Air Dates: | May 8 (7:30 PM EDT), May 9 (3:30 AM) |

REDACTED

## Top 25 AS&E Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

## Top 25 Team Sponsors

| | Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|---|

REDACTED

# CONFIDENTIAL

## Top AS&E Sponsors

| | Exp. Time | CP:30 Value |
|---|---|---|

## Top Team Sponsors

| | Exp. Time | CP:30 Value |
|---|---|---|

REDACTED

## Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the networks' cost per :30 commercial rates.

Values may vary $100 per source due to rounding. Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

## Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900. Fax: (734) 971-2059
www.JoyceJulius.com.

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2009 Joyce Julius and Associates, Inc.



**Sponsors Report®**

Published by Joyce Julius and Associates, Inc.
www.joycejulius.com
Series Coordinator: Ben J. Hanneman

2009 NASCAR Nationwide Series
Volume 23, No. 10

CONFIDENTIAL

NASCAR

# Diamond Hill Plywood 200

| | |
|---|---|
| Venue: | Darlington Raceway |
| City/State: | Darlington, SC |
| Date: | May 8, 2009 |
| Attendance: | 25,000 (Estimated) |
| Winner: | Matt Kenseth |
| | |
| Networks: | ESPN2 - Live (2.5 Hours)/ |
| | ESPN2 - TD (2 Hours) |
| CP:30: | ESPN2 - $42,000 (Combined, 2 Shows) |
| Air Dates: | May 8 (7:30 PM EDT), May 9 (3:30 AM) |

REDACTED

## Top 25 AS&E Sponsors

| Exp. Time | Spon. Ment | CP:30 Value |
|---|---|---|

## Top 25 Team Sponsors

| Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|

REDACTED

CONFIDENTIAL

# Top AS&E Sponsors

Exp. Time     CP:30 Value

# Top Team Sponsors

Exp. Time     CP:30 Value

REDACTED

## Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the networks' cost per :30 commercial rates.

Values may vary $100 per source due to rounding. Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

## Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900. Fax: (734) 971-2059
www.JoyceJulius.com.

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2009 Joyce Julius and Associates, Inc.



**Sponsors Report®**

Published by Joyce Julius and Associates. Inc.
www.joycejulius.com
Series Coordinator: Ben J. Hanneman

CONFIDENTIAL

2009 NASCAR Nationwide Series
Volume 23, No. 11

NASCAR

# CARQUEST Auto Parts 300

| | |
|---|---|
| Venue: | Lowe's Motor Speedway |
| City/State: | Concord, NC |
| Date: | May 23. 2009 |
| Attendance: | 62.000 (Estimated) |
| Winner: | Mike Bliss |
| Networks: | ESPN2 - Live (3.5 Hours)/ |
| | ESPN2 - TD (2 Hours) |
| CP:30: | ESPN2 - $42.000 (Combined. 2 Shows) |
| Air Dates: | May 23 (7:30 PM EDT). May 24 (3 AM) |

REDACTED

## Top 25 AS&E Sponsors

| Exp. Time | Spon. Ment. | CP:30 Value |
|---|---|---|

## Top 25 Team Sponsors

| Exp. Time | Spon. Ment. | CP.30 Value |
|---|---|---|

REDACTED

IPC-005188



# Top AS&E Sponsors

Exp. Time          CP:30 Value

# Top Team Sponsors

Exp. Time          CP:30 Value

REDACTED

## Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the networks' cost per :30 commercial rates.

Values may vary $100 per source due to rounding. Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

## Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900, Fax: (734) 971-2059
www.JoyceJulius.com.

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2009 Joyce Julius and Associates, Inc.



Sponsors Report®

Published by Joyce Julius and Associates, Inc.
www.joycejulius.com
Series Coordinator: Ben J. Hanneman

CONFIDENTIAL

2009 NASCAR Nationwide Series
Volume 23, No. 12

NASCAR

# Heluva Good! 200

| Venue: | Dover International Speedway |
|---|---|
| City/State: | Dover, DE |
| Date: | May 30, 2009 |
| Attendance: | 35,000 (Estimated) |
| Winner: | Brad Keselowski |
| | |
| Networks: | ABC - Live (2.5 Hours)/ |
| | ESPN2 - TD (2 Hours) |
| CP:30: | ABC/ESPN2 - $75,000 (Comb., 2 Shows) |
| Air Dates: | May 30 (2:30 PM EDT), May 31 (2 AM) |

REDACTED

## Top 25 AS&E Sponsors

| Exp. | Spon. | CP:30 |
|---|---|---|
| Time | Ment. | Value |

## Top 25 Team Sponsors

| Exp. | Spon. | CP:30 |
|---|---|---|
| Time | Ment. | Value |

REDACTED

CONFIDENTIAL

# Top AS&E Sponsors

Exp. Time    CP:30 Value

# Top Team Sponsors

Exp. Time    CP:30 Value

REDACTED

## Methodology: In-Broadcast Exposure

All clear, in-focus exposure time observed during the in-broadcast portions of the telecast(s) is monitored and tabulated. In addition, each verbal mention of a brand is counted and valued at :10, based on proprietary Joyce Julius and Associates historic research. When two or more of the same sponsor's identities appear on screen simultaneously, only the dominant source is counted to prevent duplication of exposure.

To attribute a dollar value for each sponsor's exposure, on-screen time and verbal mentions are compared to the networks' cost per :30 commercial rates.

Values may vary $100 per source due to rounding. Please note, ONLY the top five exposure sources are listed with each sponsor in this report. Complete source detailing is available by contacting a Joyce Julius sales representative.

## Joyce Julius and Associates, Inc.

525 Avis Drive, Suite 3, Ann Arbor, MI 48108
Phone: (734) 971-1900, Fax: (734) 971-2059
www.JoyceJulius.com.

Reproduction without written authorization is strictly prohibited by law. Permission to quote from this document must be obtained in writing from Joyce Julius and Associates, Inc. This proprietary research analysis provides an accurate documentation of the clear, in-focus exposure received during in-broadcast portions of the particular television broadcast(s). The assessed value for this exposure is related to the estimated or non-discounted commercial rate for the designated telecast and is for comparison purposes only.

© 2009 Joyce Julius and Associates, Inc.

IPC-005193