RONALD P. OINES (SBN 145016)
roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

RANDOLPH C. FOSTER (OSB 784340)
rcfoster@stoel.com
(*pro hac vice*)
STEVEN E. KLEIN (OSB 051165)
seklein@stoel.com
(*pro hac vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: 503-224-3380
Facsimile: 503-220-2480

EDWARD C. DUCKERS (SBN# 242113)
ecduckers@stoel.com
STOEL RIVES LLP
555 Montgomery St #1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

Attorneys for Plaintiff
JIPC Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIPC MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INCREDIBLE PIZZA CO., INC.; INCREDIBLE PIZZA FRANCHISE GROUP, LLC; CJM RACING, LLC., <br><br> Defendant. | Case No. CV08-4310 MMM (PLAx) <br><br> **AMENDED JOINT EXHIBIT LIST** <br><br> **Hon. Margaret M. Morrow** |

| | |
|---|---|
| 1 | Attached as Exhibit A is the parties' Amended Joint Exhibit List. |
| 2 | |
| 3 | DATED: July 8, 2009                STOEL RIVES LLP |
| 4 |                                              By:/s/Steven E. Klein |
| 5 |                                                  RANDOLPH C. FOSTER |
|   |                                                  EDWARD C. DUCKERS |
| 6 |                                                  STEVEN E. KLEIN |
| 7 |                                              RUTAN & TUCKER, LLP |
|   |                                                  RONALD P. OINES |
| 8 | |
| 9 |                                                  Attorneys for Plaintiff |
|   |                                                  JIPC Management, Inc. |