1  Lawrence P. Ebiner (State Bar No. 122293)
2  larry.ebiner@hro.com
3  Blaine J. Benard (UT State Bar No. 005661) (Admitted *pro hac vice*)
   blaine.benard@hro.com
4  HOLME ROBERTS & OWEN LLP
5  800 West Olympic Blvd., 4th Floor
   Los Angeles, CA 90015
6  Telephone: (213) 572-4300
7  Facsimile: (213) 572-4400

8  Glenn S. Bacal (AZ State Bar No. 006812) (Admitted *pro hac vice*)
9  glenn.bacal@hro.com
   Steven C. Lawrence (AZ State Bar No. 022551) (Admitted *pro hac vice*)
10 steve.lawrence@hro.com
11 David M. Andersen (AZ State Bar No. 025309) (Admitted *pro hac vice*)
   HOLME ROBERTS & OWEN LLP
12 Promenade Corporate Center
13 16427 North Scottsdale Road, Suite 300
   Scottsdale, AZ 85254-1597
14 Telephone: (480) 624-4500
15 Facsimile: (480) 624-4599
16 *Attorneys for Incredible Pizza Co., Inc.; and*
   *Incredible Pizza Franchise Group, LLC*
17

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JIPC Management, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Incredible Pizza Co., Inc.; Incredible Pizza Franchise Group, LLC; and CJM Racing, LLC<br><br>Defendants. | Case No. CV08-04310 MMM (PLAx)<br><br>**NOTICE OF FILING BACKDATED LICENSE AGREEMENTS** |

Pursuant to the Court's July 13, 2009 minute entry directing Defendants "to submit copies of licenses addressed in [Plaintiff's Motion in Limine] by close of business July 14, 2009," Defendants hereby file this Notice and attach the following backdated licenses (attached as Exhibits A through H):

| Licensor | Licensee | Date Signed | "Effective" Date | Extent of Backdating | Exh. |
|---|---|---|---|---|---|
| Plaintiff | JIPC Fresno, Inc. | June 18, 2004 | June 1, 2000 | 4 years | A |
| Plaintiff | JIPC Stockton, Inc. | June 18, 2004 | Aug. 1, 2002 | 2 years | B |
| Plaintiff | JIPC Modesto, Inc. | June 18, 2004 | July 7, 2003 | 1 year | C |
| Plaintiff | JIPCOB, Inc. | June 18, 2004 | Mar. 31, 1999 | 5 years | D |
| JIPC Inc. | JIPCOB, Inc. | Aug. 14, 2007 | Nov. 1, 1998 | 9 years | E |
| Plaintiff | JIPC Inc. | Aug. 14, 2007 | March 31, 1999 | 8 years | F |
| Plaintiff | JIPC Ventures, Inc. | April 27, 2009 | Oct. 1, 2007 | 1½ years | G |
| Plaintiff | Incredible Entertainment, Inc. | April 27, 2009 | Aug. 1, 2002 | 7 years | H |

Dated: July 14, 2009

By: *s/David M. Andersen*
Lawrence P. Ebiner
Blaine J. Benard
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Glenn S. Bacal
Steven C. Lawrence
David M. Andersen
Promenade Corporate Center
16427 North Scottsdale Road, Suite 300
Scottsdale, AZ 85254-1597
Telephone: (480) 624-4500
Facsimile: (480) 624-4599

Attorneys for Incredible Pizza Co., Inc. and Incredible Pizza Franchise Group, LLC;

# PROOF OF SERVICE

## 1013 A(3) CCP REVISED 5/1/88

STATE OF ARIZONA, COUNTY OF MARICOPA

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is 16427 North Scottsdale Road, Suite 300, Scottsdale, Arizona 85254.

On July 14, 2009, I served the foregoing document described as **DEFENDANTS' NOTICE OF FILING BACKDATED LICENSE AGREEMENTS** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Scottsdale, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

☒ BY ELECTRONIC MAIL: I caused the above-referenced document to be served to the addressee on the attached service list.

Executed on July 14, 2009, at Scottsdale, Arizona.

X  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Jamie Tuccio*
Jamie Tuccio

# SERVICE LIST

**VIA EMAIL**
Ronald Oines, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931
roines@rutan.com
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

*Attorneys for JIPC MANAGEMENT, INC.*

**VIA EMAIL**
Randolph C. Foster, Esq.
Steven E. Klein, Esq.
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
rcfoster@stoel.com
seklein@stoel.com
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

*Attorneys for JIPC MANAGEMENT, INC.*

**DEFENDANTS' NOTICE OF FILING BACKDATED LICENSE AGREEMENTS**