# Exhibit B

# TRADEMARK LICENSE AGREEMENT

This Trademark License Agreement is entered into effective August 1, 2002 between JIPC Management, Inc. a California corporation, 3450 Broad Street, Suite 105, San Luis Obispo, CA 93401 ("JIPC") and JIPC Stockton, Inc., a California corporation, 4555 N. Pershing Avenue, Suite 1, Stockton, CA 95207 ("JIPC Stockton").

## RECITALS

A. JIPC is the owner of the trademarks, service marks and trade names set forth in Exhibit A (the "Trademarks").

B. JIPC Stockton has licensed and desires to continue licensing the right to use the Trademarks in connection with restaurant and entertainment services.

## AGREEMENT

1. <u>License</u>.

    1.1 Subject to the terms of this Agreement, JIPC hereby grants to JIPC Stockton, nunc pro tunc, a limited license to use the Trademarks solely in connection with restaurant and entertainment services at a single location. This license to use the Trademarks is nonexclusive, non-assignable, and nontransferable.

    1.2 All right, title and interest in the Trademarks is and shall remain solely owned by JIPC and JIPC's licensors, if any. JIPC Stockton's use of the Trademarks shall inure solely to the benefit of JIPC and JIPC's licensors, if any.

    1.3 JIPC may, at any time upon request, inspect all JIPC Stockton materials bearing Trademarks. JIPC may prohibit use of such materials at JIPC's sole discretion.

2. <u>Term</u>. This license is effective as of the date set forth above and will continue in effect until terminated. JIPC shall have the right to terminate this license upon thirty (30) days' written notice to JIPC Stockton. Upon termination, JIPC Stockton shall promptly cease all use of the Trademarks.

3. <u>Quality Control</u>. JIPC Stockton agrees that at all times any goods or services JIPC Stockton provides in conjunction with the Trademarks will be of a quality consistent with that presently associated with the Trademarks and JIPC Stockton shall otherwise conduct itself in a manner so as to preserve the goodwill associated with the Trademarks. JIPC shall have the right to inspect JIPC Stockton's facilities and operations on reasonable notice for the purpose of ensuring compliance with this quality control provision.

4. <u>Assignment</u>. This agreement may not be assigned without the prior written consent of JIPC.

5. **Entire Agreement**. This Agreement sets forth the entire agreement between the parties with respect to its subject matter.

"JIPC MANAGEMENT, INC."

By: *[signature]* John Parlet
Its: President
Date: 6/18/09

"JIPC STOCKTON, INC."

By: *[signature]*
Its:
Date: 6/18/09

# Exhibit A
## Trademarks

1. INCREDIBLE PIZZA CO.

2. JIPC STOCKTON, INC. CO.

3. JIPC STOCKTON, INC. CO. ALL YOU CAN EAT FOOD & FUN!

4. EXPERIENCE THE INCREDIBLE!

5. 

6. 

7. Any registrations for items 1-6 above, including without limitation (1) any federal registrations issuing from U.S. Patent and Trademark Office Application Nos. 76/585,945, 76/585,946, 76/585,975, 76/585,976, 76/585,977, 78/435,074, 78/435,080 and 78,435,085; and (2) California Service Mark Registration Nos. 059015, 059016, 059017, 059018 and 058668.