# Exhibit H

# TRADEMARK LICENSE AGREEMENT

This Trademark License Agreement is entered into effective August 1, 2002 between JIPC Management, Inc. a California corporation, 1 Orchard Rd., Suite 135, Lake Forest, CA 92630 ("JIPC") and Incredible Entertainment, Inc., a California corporation, 1 Orchard Road, Suite 135, Lake Forest, CA 92630 ("Licensee").

## RECITALS

A.   JIPC is the owner of the trademark "JOHN'S INCREDIBLE PIZZA COMPANY" and other trade marks, service marks, and trade names used in connection with JOHN'S INCREDIBLE PIZZA COMPANY restaurants, including without limitation the trade marks, service marks, or trade names set forth in the attached Exhibit A (the "Trademarks").

B.   Licensee desires to license use of the Trademarks for restaurant and entertainment services provided in connection with operation of one or more JOHN'S INCREDIBLE PIZZA COMPANY restaurants (the "Authorized Uses").

## AGREEMENT

1. License.

    1.1   Subject to the terms of this Agreement, JIPC hereby grants to Licensee, nunc pro tunct, a limited license to use the Trademarks solely in connection with the Authorized Uses. This license to use the Trademarks is nonexclusive, non-assignable, and nontransferable.

    1.2   All right, title and interest in the Trademarks is and shall remain solely owned by JIPC. Licensee's use of the Trademarks shall inure solely to the benefit of JIPC and JIPC's licensors, if any.

    1.3   JIPC may, at any time upon request, inspect all Licensee materials bearing Trademarks. JIPC may prohibit use of such materials at JIPC's sole discretion.

2. Term. This license is effective as of the date set forth above and will continue in effect until terminated. JIPC shall have the right to terminate this license upon thirty (30) days' written notice to Licensee. Upon termination, Licensee shall promptly cease all use of the Trademarks.

3. Quality Control. Licensee agrees that at all times any goods or services Licensee provides in conjunction with the Trademarks will be of a quality consistent with that presently associated with the Trademarks and Licensee shall otherwise conduct itself in a manner so as to preserve the goodwill associated with the Trademarks. JIPC shall have the right to inspect Licensee's facilities and operations on reasonable notice for the purpose of ensuring compliance with this quality control provision.

4. Assignment. This agreement may not be assigned without the prior written consent of JIPC.

5. <u>Entire Agreement</u>. This Agreement sets forth the entire agreement between the parties with respect to its subject matter.

JIPC MANAGEMENT, INC.

*/s/ John M Parlet*

By: John Parlet
Its: President
Date: 4/27/09

INCREDIBLE ENTERTAINMENT, INC.

*/s/ John M Parlet*

By: John Parlet
Its: President
Date: 4/27/09

## Exhibit A
## Trademarks

1. "John's Incredible Pizza Co."
2. "Incredible Fun"
3. "Incredible Food"
4. "Incredible Entertainment"
5. "Incredible Atmosphere"
6. "John's Incredible Funworld"
7. "Experience the Incredible"
8. "John's Incredible Pizza Company All You Can Eat Food and Fun"
9. "Incredible Pizza Co."
10. "Accolades for Good Grades"
11. "Prescription for Fun"
12. 
13. 

14. Marks covered by U.S. Patent and Trademark Office registrations or pending applications, including those marks listed above, as follows: Registration Nos. 3,025,377; 3,058,427; 3,019,206; 3,049,057; 3,094,682; and 3,061,612; Application Nos. 78/435,080, 78/435,085, 78/964122, and 78/964225; and California Service Mark Registration Nos. 059015; 059016; 059017; 059018; and 058668.