1   RONALD P. OINES (SBN 145016)
    roines@rutan.com
2   RUTAN & TUCKER, LLP
    611 Anton Boulevard, 14th Floor
3   Costa Mesa, California 92626-1931
    Telephone: 714-641-5100
4   Facsimile: 714-546-9035

5   RANDOLPH C. FOSTER (OSB 784340)
    rcfoster@stoel.com
6   (*pro hac vice*)
    STEVEN E. KLEIN (OSB 051165)
7   seklein@stoel.com
    (*pro hac vice*)
8   STOEL RIVES LLP
    900 SW Fifth Avenue, Suite 2600
9   Portland, OR 97204
    Telephone: 503-224-3380
10  Facsimile: 503-220-2480

11  EDWARD C. DUCKERS (SBN# 242113)
    ecduckers@stoel.com
12  STOEL RIVES LLP
    555 Montgomery St #1288
13  San Francisco, CA 94111
    Telephone: (415) 617-8900
14  Facsimile: (415) 617-8907

15  Attorneys for Plaintiff
    JIPC Management, Inc.

16

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20  JIPC MANAGEMENT, INC.,                Case No. CV08-4310 MMM (PLAx)

21              Plaintiff,                **NOTICE OF FILING OF
                                          EXCERPTS OF TESTIMONY
22       v.                               AND EXHIBITS RE LICENSE
                                          AGREEMENTS**
23  INCREDIBLE PIZZA CO., INC.;
24  INCREDIBLE PIZZA FRANCHISE            **Hon. Margaret M. Morrow**
    GROUP, LLC; CJM RACING, LLC.,
25
                Defendant.
26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NOTICE OF FILING OF EXCERPTS OF
TESTIMONY AND EXHBITS RE LICENSE
AGREEMENTS
Portlnd2-4770809.1 0061355-00004

CV08-4310 MMM (PLAX)

1    Pursuant to the Court's grant of leave during the July 13, 2009 Pretrial

2  Conference, Plaintiff JIPC Management, Inc. hereby files this Notice and submits

3  the following excerpts of testimony and exhibits regarding the trademark license

4  agreements addressed in Plaintiff's Motion in Limine.

5    As to the circumstances relating to the execution of the license agreements,

6  the identity and the licensees, and the relationship between effective dates and the

7  opening of the stores licensed, Plaintiff submits:

8  **Exhibit 1:**  Excerpts from the May 11, 2009 Declaration of John Parlet

9  [Doc. 139] at ¶¶ 4, 16-22 & Ex. 8;

10  **Exhibit 2:**  Excerpts from the May 8, 2009 Declaration of Betty Parlet

11  [Doc. 138] at ¶¶ 6,7 & Exs. 3-7; and

12  **Exhibit 3**  Excerpts from the May 26, 2009 Reply Declaration of John

13  Parlet [Doc. 161] at ¶¶ 7, 10, 13, 16, 19, 22-25.

14  DATED: July 14, 2009                    STOEL RIVES LLP

15                                          By:/s/Steven E. Klein
16                                          RANDOLPH C. FOSTER
                                            EDWARD C. DUCKERS
17                                          STEVEN E. KLEIN

18                                          RUTAN & TUCKER, LLP
19                                          RONALD P. OINES

20                                          Attorneys for Plaintiff
                                            JIPC Management, Inc.

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

NOTICE OF FILING OF EXCERPTS OF
TESTIMONY AND EXHBITS RE LICENSE
AGREEMENTS
Portlnd2-4770809.1 0061355-00004

-1-