EXHIBIT 1

# CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| J.C. JOHNSTON III | 225 NORTH MARKET STREET | JOHN H. SCHAEFFER |
| DANIEL H. PLUMLY | P.O. BOX 599 | TRICIA L. PYCRAFT |
| J. DOUGLAS DRUSHAL | WOOSTER, OHIO 44691-0599 | RALPH STREZA |
| KIM M. ROSE | | SEAN M. WARNER |
| DANIEL L. MATHIE | TELEPHONE: (330) 264-4444 | ANDREW P. LYCANS |
| PEGGY J. SCHMITZ | FAX: (330) 263-9278 | ADAM B. LANDON |
| ROBERT C. BERRY | | CHRISTOPHER J. PYCRAFT |
| SUSAN E. BAKER | INTERNET: HTTP://WWW.CCJ.COM | LUCAS K. PALMER |
| GARRETT M. ROACH | | CLINTON G. BAILEY |
| STEVEN J. SHROCK | | SARAH A. TOOPS |
| DAVID J. WIGHAM | | PATRICK E. NOSER |
| MARK E. LEININGER | | DURIYA DHINOJWALA |
| AMY L. DEMLOW | | RINDA VAS |
| ROBERT C. GORMAN | | JAMES J. LANHAM |
| TIMOTHY B. PETTORINI | | MATTHEW A. LONG |
| ROGER D. PROPER, JR. | | MARIBETH DEAVERS |
| JAMES R. NORRIS | | |
| | | (Of Counsel) |
| | | JOHN R. WALTMAN |

May 7, 2009

**VIA E-MAIL:** seklein@stoel.com
**AND OVERNIGHT MAIL**

Steven E. Klein, Esq.
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

RE: *JIPC Management, Inc.("JIPC") v. Incredible Pizza Company, Inc. ("IPC")*
Case No. CV08-4310MMM(PLAx)

Dear Attorney Klein:

Enclosed please find Bates-Stamped Documents Nos. CJM 0001 through CJM 0129 pursuant to your subpoena served upon CJM Racing, LLC on or about March 10, 2009. If you have any further questions regarding these documents, please do not hesitate to contact me.

Sincerely yours,

Timothy B. Pettorini

TBP/sls
Enclosures
cc: Larry Ebiner, Esq., Holme, Roberts & Owen, LLP
Glenn Bacal, Esq., Holme, Roberts & Owen, LLP
CJM Racing, LLC

MEDINA: 4996 FOOTE ROAD, MEDINA, OHIO 44256 • TELEPHONE (330) 723-6404 • FAX (330) 721-7644
MILLERSBURG: 138 EAST JACKSON STREET, MILLERSBURG, OHIO 44654-1294 • TELEPHONE (330) 674-3055 • FAX (330) 674-4469
MOUNT VERNON: 10 SOUTH GAY STREET, MOUNT VERNON, OHIO 43050-3546 • TELEPHONE (740) 397-4040 • FAX (740) 397-6775