EXHIBIT 6

(Filed Under Seal)