# EXHIBIT 7

# Hogan Butenschoen, Gretchen

| | |
|---|---|
| **From:** | Klein, Steven |
| **Sent:** | Friday, June 19, 2009 3:21 PM |
| **To:** | Brown, Julie |
| **Subject:** | FW: JIPC Management, Inc. v. Incredible Pizza Co., Inc. et al. Our ref no 53486-00060 Email 6 of 12 |
| **Attachments:** | Document.pdf; Document.pdf; Document.pdf |

---

**From:** Jamie Tuccio [mailto:Jamie.Tuccio@hro.com]
**Sent:** Friday, June 19, 2009 2:52 PM
**To:** Klein, Steven
**Subject:** JIPC Management, Inc. v. Incredible Pizza Co., Inc. et al. Our ref no 53486-00060 Email 6 of 12

Steve,

Attached please find documents Bates number IPC-005109- IPC-005246.

Thank you.

*Jamie*

**Jamie Tuccio**
Certified Legal Assistant
**Holme Roberts & Owen, LLP**
16427 N. Scottsdale Rd.
Suite 300
Scottsdale, AZ 85254-1597

P: 480.624.4507
F: 480.624.4599
jamie.tuccio@hro.com
www.hro.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

FEDERAL TAX ADVICE DISCLAIMER We are required by U. S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.