RONALD P. OINES (SBN 145016)
roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

RANDOLPH C. FOSTER (OSB 784340)
rcfoster@stoel.com
(*pro hac vice*)
STEVEN E. KLEIN (OSB 051165)
seklein@stoel.com
(*pro hac vice*)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: 503-224-3380
Facsimile: 503-220-2480

EDWARD C. DUCKERS (SBN# 242113)
ecduckers@stoel.com
STOEL RIVES LLP
555 Montgomery St #1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

Attorneys for Plaintiff
JIPC Management, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIPC MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> INCREDIBLE PIZZA CO., INC.; INCREDIBLE PIZZA FRANCHISE GROUP, LLC; CJM RACING, LLC., <br><br> Defendant. | Case No. CV08-4310 MMM (PLAx) <br><br> **[CORRECTED] NOTICE OF LODGING RE JOYCE JULIUS REPORTS** <br><br> **Hon. Margaret M. Morrow** |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[CORRECTED] NOTICE OF LODGING RE
JOYCE JULIUS REPORTS

CV08-4310 MMM (PLAX)

Portlnd2-4771122.2 0061355-00004

Pursuant to the Court's Minute Order, dated July 14, 2009, granting Plaintiff JIPC Management, Inc. leave to file Joyce Julius reports under seal Plaintiff JIPC Management, Inc. hereby files this Notice and submits the following:

**Exhibit 1:** May 7, 2009 Letter from Tim Pettorini to Steven Klein, transmitting CJM001-CJM129;

**Exhibit 2:** Joyce Julius Reports produced by CJM on May 7, 2009 as CJM001-64 (Under Seal)

| Race Date | Race Name | Number Range |
|---|---|---|
| 02/16/08 | Camping World 300 | CJM0001-4 |
| 02/25/08 | Stater Brothers 300 | CJM0005-8 |
| 03/01/08 | Sam's Town 300 | CJM0009-12 |
| 03/08/08 | Nicorette 300 | CJM0013-16 |
| 03/15/08 | Sharpie Mini 300 | CJM0017-20 |
| 03/22/08 | Pepsi 300 | CJM0021-24 |
| 04/05/08 | O'Reilly 300 | CJM0025-28 |
| 04/11/08 | Bashas' 200 | CJM0029-32 |
| 04/20/08 | Corona Mexico 200 | CJM0033-36 |
| 04/26/08 | Aaron's 312 | CJM0037-40 |
| 05/02/08 | Lipton Tea 250 | CJM0041-44 |
| 05/09/08 | Diamond Hill Plywood 200 | CJM0045-48 |
| 05/24/08 | CARQUEST Auto Parts 300 | CJM0049-52 |
| 05/31/08 | Heluva Good! 200 | CJM0053-56 |
| 06/07/08 | Federated Auto Parts 300 | CJM0057-60 |
| 02/21/09 | Stater Brothers 300 | CJM0061-64 |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[CORRECTED] NOTICE OF LODGING RE
JOYCE JULIUS REOPRTS

-1-

Portlnd2-4771122.2 0061355-00004

**Exhibit 3**   June 4, 2009 Letter from Tim Pettorini to Steven Klein, transmitting CJM130-CJM243;

**Exhibit 4:**   Joyce Julius Reports produced by CJM on June 4, 2009 as CJM130-243 (Under Seal)

| Race Date | Race Name | Number Range |
| --- | --- | --- |
| 06/14/08 | Meijer 300 | CJM0130-133 |
| 06/21/08 | Camping World RV Rental 250 | CJM0134-137 |
| 06/28/08 | Camping World RV Sales 200 | CJM0138-141 |
| 07/04/08 | Winn-Dixie 250 | CJM0142-145 |
| 07/11/08 | Dollar General 300 | CJM0146-149 |
| 07/19/08 | Missouri-Illinois Dodge Dealers 250 | CJM0150-153 |
| 07/26/08 | Kroger 200 | CJM0154-157 |
| 08/02/08 | NAPA Auto Parts 200 | CJM0158-161 |
| 08/09/08 | Zippo 200 | CJM0162-165 |
| 08/16/08 | CARFAX 250 | CJM0166-169 |
| 08/22/08 | Food City 250 | CJM0170-173 |
| 08/30/08 | Camping World 300 | CJM0174-177 |
| 09/07/08 | Emerson Radio 250 | CJM0178-181 |
| 09/20/08 | Camping World RV Sales 200 | CJM0182-185 |
| 09/27/08 | Kansas Lottery 300 | CJM0186-189 |
| 10/10/08 | Dollar General 300 | CJM0190-195 |
| 10/25/08 | Kroger On Track For The Cure 250 | CJM0196-199 |
| 11/01/08 | O'Reilly Challenge | CJM0200-203 |
| 11/08/08 | Hefty Odor Block 200 | CJM0204-207 |
| 11/15/08 | Ford 300 | CJM0208-211 |

| | | |
|---|---|---|
| 02/28/09 | Sam's Town 300 | CJM0212-215 |
| 03/21/09 | Scotts Turf Builder 300 | CJM0216-219 |
| 04/04/09 | O'Reilly 300 | CJM0220-223 |
| 04/11/09 | Pepsi 300 | CJM0224-227 |
| 04/17/09 | Bashas' Supermarkets 200 | CJM0228-231 |
| 04/25/09 | Aaron's 312 | CJM0232-235 |
| 05/01/09 | Lipton Tea 250 | CJM0236-239 |
| 05/08/09 | Diamond Hill Plywood 200 | CJM0240-243 |

**Exhibit 5** June 10, 2009 Letter from Steven Lawrence to Steven Klein, transmitting IPC4347-IPC4362;

**Exhibit 6:** Joyce Julius Reports produced by IPC on June 10, 2009 as IPC4347-IPC4362 (Under Seal)

| Race Date | Race Name | Number Range |
|---|---|---|
| 2008 | 2008 NASCAR Nationwide Series Year-End Report | IPC004347-4358 |
| 02/14/09 | Camping World 300 at Daytona | IPC004359-4362 |

**Exhibit 7** June 19, 2009 Email from Jamie Tuccio to Steven Klein, transmitting IPC5176-IPC5195;

**Exhibit 8:** Joyce Julius Reports produced by IPC on June 19, 2009 as IPC5176-IPC5195 (Under Seal)

| Race Date | Race Name | Number Range |
|---|---|---|
| 04/25/09 | Aaron's 312 | IPC005176-5179 |
| 05/01/09 | Lipton Tea 250 | IPC005180-5183 |

| 05/08/09 | Diamond Hill Plywood 200 | IPC005184-5187 |
| 05/23/09 | CARQUEST Auto Parts 300 | IPC005188-5191 |
| 05/30/09 | Heluva Good! 200 | IPC005192-5195 |

JIPC maintains that all the Joyce Julius reports are admissible as either adoptive admissions, FRE 801(d)(2)(B), or published reports, FRE 803(17), among other grounds. However, in the absence of a definitive ruling on whether some or all of the reports will be admissible as adoptive admissions, JIPC is submitting all the Joyce Julies reports to the Court under seal for consideration.

DATED: July 15, 2009

STOEL RIVES LLP

By: /s/Steven E. Klein
    RANDOLPH C. FOSTER
    EDWARD C. DUCKERS
    STEVEN E. KLEIN

RUTAN & TUCKER, LLP
    RONALD P. OINES

    Attorneys for Plaintiff
    JIPC Management, Inc.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[CORRECTED] NOTICE OF LODGING RE JOYCE JULIUS REPORTS

-4-

CV08-4310 MMM (PLAX)

Portlnd2-4771122.2 0061355-00004