EXHIBIT 1

CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.
ATTORNEYS AT LAW

J.C. JOHNSTON III
DANIEL H. PLUMLY
J. DOUGLAS DRUSHAL
KIM M. ROSE
DANIEL L. MATHIE
PEGGY J. SCHMITZ
ROBERT C. BERRY
SUSAN E. BAKER
GARRETT M. ROACH
STEVEN J. SHROCK
DAVID J. WIGHAM
MARK E. LEININGER
AMY L. DEMLOW
ROBERT C. GORMAN
TIMOTHY B. PETTORINI
ROGER D. PROPER, JR.
JAMES R. NORRIS

225 NORTH MARKET STREET
P.O. BOX 599
WOOSTER, OHIO 44691-0599

TELEPHONE: (330) 264-4444
FAX: (330) 263-9278

INTERNET: HTTP://WWW.CCJ.COM

JOHN H. SCHAEFFER
TRICIA L. PYCRAFT
RALPH STREZA
SEAN M. WARNER
ANDREW P. LYCANS
ADAM B. LANDON
CHRISTOPHER J. PYCRAFT
LUCAS K. PALMER
CLINTON G. BAILEY
SARAH A. TOOPS
PATRICK E. NOSER
DURIYA DHINOJWALA
RINDA VAS
JAMES J. LANHAM
MATTHEW A. LONG
MARIBETH DEAVERS

(Of Counsel)
JOHN R. WALTMAN

May 7, 2009

**VIA E-MAIL:** seklein@stoel.com
**AND OVERNIGHT MAIL**

Steven E. Klein, Esq.
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

RE: *JIPC Management, Inc.("JIPC") v. Incredible Pizza Company, Inc. ("IPC")*
Case No. CV08-4310MMM(PLAx)

Dear Attorney Klein:

Enclosed please find Bates-Stamped Documents Nos. CJM 0001 through CJM 0129 pursuant to your subpoena served upon CJM Racing, LLC on or about March 10, 2009. If you have any further questions regarding these documents, please do not hesitate to contact me.

Sincerely yours,

Timothy B. Pettorini

TBP/sls
Enclosures
cc: Larry Ebiner, Esq., Holme, Roberts & Owen, LLP
Glenn Bacal, Esq., Holme, Roberts & Owen, LLP
CJM Racing, LLC