# EXHIBIT 3

# CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| J.C. JOHNSTON III | | JOHN H. SCHAEFFER |
| DANIEL H. PLUMLY | | TRICIA L. PYCRAFT |
| J. DOUGLAS DRUSHAL | 225 NORTH MARKET STREET | RALPH STREZA |
| KIM M. ROSE | P.O. BOX 599 | SEAN M. WARNER |
| DANIEL L. MATHIE | WOOSTER, OHIO 44691-0599 | ANDREW P. LYCANS |
| PEGGY J. SCHMITZ | | ADAM B. LANDON |
| ROBERT C. BERRY | TELEPHONE: (330) 264-4444 | CHRISTOPHER J. PYCRAFT |
| SUSAN E. BAKER | FAX: (330) 263-9278 | LUCAS K. PALMER |
| GARRETT M. ROACH | | CLINTON G. BAILEY |
| STEVEN J. SHROCK | | SARAH A. TOOPS |
| DAVID J. WIGHAM | INTERNET: HTTP://WWW.CCJ.COM | PATRICK E. NOSER |
| MARK E. LEININGER | | DURIYA DHINOJWALA |
| AMY L. DEMLOW | | RINDA VAS |
| ROBERT C. GORMAN | | JAMES J. LANHAM |
| TIMOTHY B. PETTORINI | | MATTHEW A. LONG |
| ROGER D. PROPER, JR. | | MARIBETH DEAVERS |
| JAMES R. NORRIS | | |
| | | (Of Counsel) |
| | | JOHN R. WALTMAN |

June 4, 2009

Steven E. Klein, Esq.
Stoel Rives, LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204

RE: *JIPC Management, Inc.("JIPC") v. Incredible Pizza Company, Inc. ("IPC")*
Case No. CV08-4310MMM(PLAx)

Dear Attorney Klein:

Enclosed please find Bates-Stamped Documents Nos. CJM 0130 through CJM 0243 pursuant to your subpoena served upon CJM Racing, LLC on or about March 10, 2009. These are the additional reports you requested in your May 21, 2009 e-mail to me.

If you have any further questions regarding these documents, please do not hesitate to contact me.

Sincerely yours,

Timothy B. Pettorini

TBP/rjh
Enclosures
cc: Larry Ebiner, Esq., Holme, Roberts & Owen, LLP (via e-mail; w/encl.)
Glenn Bacal, Esq., Holme, Roberts & Owen, LLP (via e-mail; w/encl.)

RECEIVED
JUN 8 2009
STOEL RIVES LLP

MEDINA: 4996 FOOTE ROAD, MEDINA, OHIO 44256 • TELEPHONE (330) 723-6404 • FAX (330) 721-7644
MILLERSBURG: 138 EAST JACKSON STREET, MILLERSBURG, OHIO 44654 • TELEPHONE (330) 674-3055 • FAX (330) 674-4469
MOUNT VERNON: 10 SOUTH GAY STREET, MOUNT VERNON, OHIO 43050 • TELEPHONE (740) 397-4040 • FAX (740) 397-6775