Name & Address:
Steven E. Klein (pro hac vice)
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: 503-224-3380
Email: seklein@stoel.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JIPC MANAGEMENT, INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV08-4310 MMM (PLAx) |
| v. | |
| INCREDIBLE PIZZA CO., INC. and INCREDIBLE PIZZA FRANCHISE GROUP, LLC | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit 29 to PLAINTIFF JIPC MANAGEMENT, INC.'S OFFER OF PROOF RE BAD FAITH INTENT IN ADOPTING IPC MARKS (Doc. 238) [Excerpts of Confidential Portions of 8/28/2007 Depo. of Richard Barsness and Ex. 1 thereto]

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated April 23, 2009

☐ Manual Filing required (*reason*):

July 27, 2009                          Steven E. Klein
Date                                   Attorney Name

                                       JIPC Management, Inc.
                                       Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                           **NOTICE OF MANUAL FILING**